**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA (St. Paul)**

| | |
|---|---|
| In re: | Chapter 13 No.: 24-30726 |
| Shadrea Letrise Foreman, | Hon. Kesha L. Tanabe |
| Debtor(s). | |

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

| Clerk of the Court | Matthew M Tande | Gregory A Burrell |
|---|---|---|
| U.S. Bankruptcy Court | Prescott & Pearson, P.A. | 100 South Fifth Street |
| 316 North Robert Street | P.O. Box 120088 | Suite 480 |
| St. Paul, MN 55101 | New Brighton, MN 55112 | Minneapolis, MN 55402 |

PLEASE ENTER our appearance as counsel for Nationstar Mortgage LLC. Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

Respectfully Submitted,
Trott Law, P.C.

Dated: March 27, 2024

s/ Samuel R. Coleman
Samuel R. Coleman (0389839)
Attorney for Nationstar Mortgage LLC
25 Dale Street North
St. Paul, MN 55102
Telephone: (651) 209-9760
Fax: (651) 292-9482
scoleman@trottlaw.com

TROTT LAW, P.C.
25 DALE STREET NORTH
ST. PAUL, MN 55102
PHONE: 651.209.9760