# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| In Re: | Case Number 24-30726 (KLT) |
|---|---|
| Shadrea Letrise Foreman, | Chapter 13 |
| Debtor. | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS

 PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002(g) and 9010(b), the undersigned hereby notes his appearance as attorney for Hometap Investment Partners III SPV, LLC and requests that all parties serve upon the undersigned, at the office address and telephone number set forth below, copies of all notices and papers including, but not limited to, pleadings, motions, applications, memoranda and other documents required or permitted to be served or filed in the above-captioned case.

 PLEASE TAKE FURTHER NOTICE THAT Hometap Investment Partners III SPV, LLC intends that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit shall waive: (1) their right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (2) their right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (3) their right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which they are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**WARNER LAW, LLC**

Dated:  May 6, 2024

*/e/ George E. Warner, Jr.*
George E. Warner, Jr. (#0222719)
120 South Sixth Street, Suite 1515
Minneapolis, Minnesota 55402-1817
Telephone (952) 922-7700

*Hometap Investment
Partners III SPV, LLC*