UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Shadrea Letrise Foreman,                              BKY Case No. 24-30726

         Debtor.                                    Chapter 13
_____

**Certification Pursuant to Bankruptcy Rule 9028**
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 9028, which makes applicable Federal Rule of Civil Procedure 63, the undersigned hereby states:

      1.    Due to the case reassignment from Judge Kesha L. Tanabe, the above-entitled case was reassigned to the undersigned, who has assumed the responsibility as successor judge and hereby certifies familiarity with the record based upon a complete review of the docket and relevant documents.

      2.    As required by the Rules, a determination has been made that the case may be handled by the reassigned judge without prejudice to the parties.

Dated: *May 8, 2024*

                                    */e/ Michael E. Ridgway*
                                    Michael E. Ridgway
                                    United States Bankruptcy Judge