**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

IN RE:

**Shadrea Letrise Foreman,**

CASE NO. BKY **24-30726 MER**
CHAPTER 13

REPORT OF STANDING
TRUSTEE TO MOTION OF
**NATIONSTAR MORTGAGE, LLC**
FOR RELIEF FROM STAY

In response to the above motion, the Trustee reports to the Court as follows:

1. As of June 20, 2024, the Trustee has received payments totaling $1,600.00 from the debtor(s). Debtor(s) is/are current on payments required under the proposed plan. The Trustee has funds on hand for distribution of $523.36.

2. The Trustee has reviewed the above motion as to its possible effect on the debtor(s)' plan and the claims of the other creditors as provided for thereunder, and **does not oppose the Court's granting the relief prayed for.**

3. This motion refers to post-petition payments which are to be made directly by the debtor(s).

Dated: June 20, 2024

**Gregory A. Burrell, Trustee**

/e/   Gregory A. Burrell
Gregory A. Burrell, Trustee
Jeffrey M. Bruzek, Counsel (#319260)
Heather M Forrest, Counsel (#0398764)
100 South Fifth Street, Ste. 480
Minneapolis, MN 55402

copy to: U.S. Trustee
　　　　　Robert J. Shefferly
　　　　　Matthew M. Tande

**VERIFICATION**

    I, Linda Goneau, an employee of Gregory A. Burrell, the Standing Chapter 13 Trustee, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    /e/ Linda Goneau
Linda Goneau
100 South Fifth Street
Suite 480
Minneapolis, MN  55402