# TROTT / LAW
A PROFESSIONAL CORPORATION

| MICHIGAN: | MINNESOTA: |
| --- | --- |
| 31440 Northwestern Hwy., Suite 145 | 25 Dale St. North |
| Farmington Hills, Michigan 48334 | Saint Paul, Minnesota 55102 |
| (248) 642-2515 / fax (248) 642-3628 | (651) 209-9760 / fax (651) 292-9482 |

June 27, 2024

The Honorable Michael E. Ridgway
United States Bankruptcy Judge
300 S 4th Street
Minneapolis, MN 55415

     RE:   *In re* Shadrea Letrise Foreman
           Bankruptcy Case No. 24-30726


## AGREEMENT TO CONTINUE CHAPTER 13 CONFIRMATION HEARING

Dear Judge Ridgway,

My client, Nationstar Mortgage LLC, agrees to a continuance of the confirmation hearing scheduled for July 2, 2024  to the August calendar term, in the above-referenced case.

Please contact me with any questions or concerns.  Thank you.

Respectfully,

*/e/ Samuel R. Coleman*
Samuel R. Coleman



  cc:       Counsel for the Chapter 13 Trustee  (via ECF)
           Matthew M. Tande, Esq. Debtor's Counsel (via ECF)