Local Form 3015-1 (1/22)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**Shadrea Letrise Foreman**

Case No. **24-30726**
CHAPTER 13 PLAN ☑ Modified
Dated: **August 25, 2024**

Debtor.
In a joint case, debtor means debtors in this plan.

**Part 1. NOTICE OF NONSTANDARD PLAN PROVISIONS, SECURED CLAIM LIMITATIONS, AND LIEN OR SECURITY INTEREST AVOIDANCE:** Debtor must check the appropriate boxes below to state whether or not the plan includes each of the following items:

| | | | |
|---|---|---|---|
| 1.1 | A limit on the amount of a secured claim based on a valuation of the collateral for the claim, set out in Parts 9 or 16 | ☐ Included | ☑ Not included |
| 1.2 | Avoidance of a security interest or lien, set out in Part 16 | ☐ Included | ☑ Not included |
| 1.3 | Nonstandard provisions, set out in Part 16 | ☑ Included | ☐ Not included |

**Part 2. DEBTOR'S PAYMENTS TO TRUSTEE:** The initial plan payment is due not later than 30 days after the order for relief, unless the court orders otherwise.

2.1 As of the date of this plan, the debtor has paid the trustee $___.
2.2 After the date of this plan, the debtor will pay the trustee:

| Plan payment | Start MM/YYYY | End MM/YYYY | Total |
|---|---|---|---|
| $520.00 | 04/2024 | 09/2024 | $3,120.00 |
| $620.00 | 10/2024 | 03/2029 | $33,480.00 |
| | | TOTAL: | $36,600.00 |

2.3 The minimum plan length is ☑ 36 months or ☐ 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
2.4 The debtor will also pay the trustee **0.00**.
2.5 The debtor will pay the trustee a total of $ **36,600.00** [lines 2.1 + 2.2 + 2.4]

**Part 3. PAYMENTS BY TRUSTEE AND TRUSTEE'S FEES:** Prior to confirmation of the plan, the trustee will pay from available funds payments designated as Adequate Protection ("Adq. Pro.") under Parts 8 and 9 to creditors with claims secured by personal property. All other funds will be disbursed by the trustee following confirmation of the plan as soon as is practicable. The trustee will pay from available funds only to creditors for which proofs of claim have been filed. The trustee is not required to retain funds for any claim for which a proof of claim has not been timely filed and may disburse those funds to other claimants. The trustee may collect a fee of up to 10% of plan payments, or $ **3,660.00** [line 2.5 x .10]

**Part 4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** — The debtor assumes the following executory contracts or unexpired leases. Debtor will pay directly to creditors all payments that come due after the date the petition was filed. Cure provisions, if any, are set forth in Part 7.

| Creditor | Description of Property |
|---|---|
| **-NONE-** | |

**Part 5. CLAIMS NOT IN DEFAULT** — Payments on the following claims are current. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any.

| | Creditor | Description of Property |
|---|---|---|
| 5.1 | **HOMETAP INVESTMENT PARTNERS III** | **1614 Hamel Lane Shakopee, MN 55379  Scott County Real property located in Scott County, Minnesota legally described as: Unit 79, Common Interest Community No. 1076, Dublin Square, a Condominium, Scott County, Minnesota.** |

**Part 6. HOME MORTGAGES IN DEFAULT (§§ 1322(b)(5) and 1322(e))** — The trustee will pay the amount of default listed in the proof of claim on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens. **All following entries are estimates.**

|  | Creditor | Amount of default | Monthly payment | Beginning in #mo./yr. | # of payments | Remaining Payments | + amount paid to date by Trustee (mod plan only) | Total payments |
|---|---|---|---|---|---|---|---|---|
| 6.1 | MR COOPER | $3,787.15 | $72.83 | 12/2024 | 52 | $3,787.15 | $ | $3,787.15 |
|  |  |  |  |  |  |  | TOTAL | $3,787.15 |

**Part 7. CLAIMS IN DEFAULT (§§ 1322 (b)(3) and (5) and 1322(e)):** The trustee will pay the amount of default listed in the proof of claim in the amount allowed on the following claims. The debtor will pay directly to creditors all payments that come due after the date the petition was filed. The creditors will retain liens, if any. **All following entries are estimates, except for interest rate.**

|  | Creditor | Amount of default | Interest rate (if any) | Beginning in mo.yr | Monthly Payments | # of payments | Remaining Payments | + amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|
| 7.1 | DUBLIN SQUARE HOMEOWNERS ASSOC | $16,429.43 | 0.00% | 12/2024 | $315.96 | 52 | $16,429.43 | $ | $16,429.43 |
|  |  |  |  |  |  |  |  | TOTAL | $16,429.43 |

**Part 8. SECURED CLAIMS SUBJECT TO MODIFICATION ("CRAMDOWN") PURSUANT TO § 506 (§ 1325(a)(5))** The trustee will pay,the amount set forth in the "Total Payments" column belowon the followingsecured claims if a proof of claim is filed andallowed. Notwithstanding a creditor's proof of claim filed before or after confirmation, the amount listed in the secured claim amount column binds the creditor pursuant to 11 U.S.C. § 1327 and confirmation of the plan is a determination of the creditor's allowed secured claim. For secured claims of governmental units, unless otherwise ordered by the court, the value of a secured claim listed in a proof of claim filed in accordance with FRBP 3012(c) controls over any contrary amount. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. § 1325(a)(5)(B)(i). Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14.

|  | Creditor | Est. Claim amount | Secured claim amount | Int. Rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | ☐ |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  | TOTAL | $0.00 |

**Part 9. SECURED CLAIMS EXCLUDED FROM § 506 AND NOT SUBJECT TO MODIFICATION ("CRAMDOWN") (§ 1325(a)) (910 vehicles and other things of value)(allowed secured claim controls over any contrary amount):** The trustee will pay the amount of the allowed secured claim listed in the proof of claim at the interest rate set forth below. Any allowed unsecured portion of the claim will be paid under Part 12, Part 13, or Part 14. All following entries are estimates, except for interest rate. Unless otherwise specified in Part 16, the creditors listed in this Part retain the liens securing their allowed secured claims to the extent provided under 11 U.S.C. §1325(a)(5)(B)(i).

|  | Creditor | Est. Secured Claim amount | Int. rate | Adq. Pro. (Check) | Beginning in mo./yr. | Monthly payment | # of Payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | Total payments |
|---|---|---|---|---|---|---|---|---|---|---|
| 9.1 | WESTLAKE FINANCIAL SERVICES | $7,165.00 | 9.50 | ✓ | 04/2024 | $100.00 | 4 | $400 |  |  |
|  |  |  |  |  | 08/2024 | $168.07 | 55 | $9,107.28 |  |  |
|  |  |  |  |  |  |  |  |  | $ | $9,507.28 |
|  |  |  |  |  |  |  |  |  | TOTAL | $9,507.28 |

**Part 10. PRIORITY CLAIMS (not including claims under Part 11):** The trustee will pay in full all claims entitled to priority under § 507(a)(2) through (a)(10), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

|  | Creditor | Claim Amount | Beginning in mo.yr. | Monthly payment | # of payments | Remaining payments | +amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|---|
| 10.1 | Attorney Fees | $2,700.00 | 04/2024/ 08/2024 | $368.00/ $307.00 | 4/ 4 | $2,700.00 | $ | $2,700.00 |
| 10.2 | INTERNAL REVENUE SERVICE | $236.00 | | pro rata | | $236.00 | $ | $236.00 |
| 10.3 | MN DEPT OF REVENUE | $0.00 | | $0.00 | 0 | $ | $ | $0.00 |
| | | | | | | | TOTAL | $2,936.00 |

**Part 11. DOMESTIC SUPPORT OBLIGATION CLAIMS:** The trustee will pay in full all domestic support obligation claims entitled to priority under § 507(a)(1), including the following. **The amounts listed are estimates.** The trustee will pay the allowed portion of the priority amount listed in the proof of claim.

| Creditor | Claim amount | Beginning in mo./yr. | Monthly payment | # of payments | Remaining payments | + amount paid to date by Trustee (mod plan only) | =Total payments |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |
| | | | | | | TOTAL | $0.00 |

**Part 12. SEPARATE CLASSES OF UNSECURED CLAIMS** — In addition to the class of unsecured claims specified in Part 13, there shall be separate classes of non-priority unsecured creditors including the following. The trustee will pay the allowed portion of the nonpriority amount listed in the proof of claim. **All following entries are estimates.**

| Creditor | Undersecured claim amount | Interest Rate (if any) | Beginning in mo./yr. | Monthly Payment | # of Payments | Remaing payments | + amount paid to date by Trustee (mod plan only) | = Total payments |
|---|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | | |
| | | | | | | | TOTAL | $0.00 |

**Part 13. TIMELY FILED UNSECURED CLAIMS** — The trustee will pay holders of allowed non-priority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under Parts 3, 6, 7, 8, 9, 10, 11, and 12 their pro rata share of approximately $ **280.14**   [line 2.5 minus totals in Parts 3, 6, 7, 8, 9, 10, 11, and 12].

13.1    The debtor estimates that the total unsecured claims held by creditors listed in Part 8 and 9 are $ **0.00** .

13.2    The debtor estimates that the debtor's total unsecured claims (excluding those in Part 8 and 9) are $ **58,349.00** .

13.3    Total estimated unsecured claims are $ **58,349.00**   [lines 13.1 + 13.2].

**Part 14. TARDILY-FILED UNSECURED CREDITORS** — All money paid by the debtor to the trustee under Part 2, but not distributed by the trustee under Parts 3, 6, 7, 8, 9, 10, 11, 12, and 13, will be paid to holders of allowed nonpriority unsecured claims for which proofs of claim were tardily filed. Tardily filed claims remain subject to objection pursuant to 11 U.S.C. §502(b)(9).

**Part 15. SURRENDER OF COLLATERAL AND REQUEST FOR TERMINATION OF STAY:** The debtor has surrendered or will surrender the following property to the creditor. The debtor requests that the stays under §§ 362(a) and §§ 1301(a) be terminated as to the surrendered collateral upon confirmation of the plan.

| Creditor | Description of Property (including complete legal description of real property) |
|---|---|
| -NONE- | |

**Part 16. NONSTANDARD PROVISIONS:** The Trustee may distribute additional sums not expressly provided for herein at the trustee's discretion. Any nonstandard provisions, as defined in FRBP 3015(c), must be in this Part. Any nonstandard provision placed elsewhere in the plan is void. Any request by the debtor to modify a claim secured only by a security interest in real property that is the debtor's principal residence must be listed in

this Part and the debtor must bring a motion to determine the value of the secured claim pursuant to Local Rule 3012-1(a).

| | |
|---|---|
| 16.1 | *The plan is a step plan which will pay as follows:  $520.00 Monthly for 6 months, then $620.00 Monthly for 54 months |
| 16.2 | The debtor shall send the Trustee each year during the Chapter 13 Plan copies of his/her federal and state income tax returns at the time they are filed. The debtor shall also promptly report to the Trustee the receipt of any state and federal tax refunds for the duration of this Chapter 13 case.  If the debtor files taxes individually, the debtor shall be entitled to retain the first $1,200 of refunds plus any Federal Earned Income credit (EIC) plus any Minnesota Working Family (WFC) credit. |
| 16.3 | SURRENDER and RELIEF FROM STAY:  Upon the granting of relief from the automatic stay, the trustee shall cease payments on account of the secured portion of the applicable claim.  In the event of the granting of relief from the automatic stay, surrender, foreclosure, repossession, or return of any collateral to any secured creditor listed in parts 4, 5, 6, 7, 8, 9, 10, or 13 for any reason, the trustee shall pay any deficiency as a general unsecured claim upon amendment of the applicable claim.  Any alleged balance of any claim to such creditor shall be discharged upon the debtor(s) receiving a discharge in this case. |
| 16.4 | APPROVAL NOT REQUIRED TO INCUR POST PETITION DEBT. Approval by the bankruptcy court, or Chapter 13 trustee, shall not be required prior to debtor incurring ordinary consumer debt while this case is pending. Letters of approval will not be provided by the Chapter 13 trustee and one is not needed for debtor to incur post-petition ordinary consumer debt in Minnesota. All parties in interest retain all rights regarding the treatment of this debt in future modified plans and motions to confirm such plans. |

**SUMMARY OF PAYMENTS:**

| Class of Payment | | Amount to be paid |
|---|---|---|
| Payments by trustee [Part 3] | $ | **3,660.00** |
| Home mortgages in default [Part 6] | $ | **3,787.15** |
| Claims in Default [Part 7] | $ | **16,429.43** |
| Secured claims subject to modification (cramdown) pursuant to § 506 [Part 8] | $ | **0.00** |
| Secured claims excluded from § 506 [Part 9] | $ | **9,507.28** |
| Priority Claims [Part 10] | $ | **2,936.00** |
| Domestic support obligation claims [Part 11] | $ | **0.00** |
| Separate classes of unsecured claims [Part 12] | $ | **0.00** |
| Timely filed unsecured claims [Part 13] | $ | **280.14** |
| TOTAL (must equal line 2.5) | $ | **36,600.00** |

Certification regarding nonstandard provisions:
I certify that this plan contains no nonstandard provision except as placed in Part 16.

Signed: **/s/ Matthew M. Tande**
        **Matthew M. Tande 388339**
        Attorney for debtor or debtor if pro se

Signed: **/s/ Shadrea Letrise Foreman**
        **Shadrea Letrise Foreman**
        Debtor 1

Signed: _____
        Debtor 2 (if joint case)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Shadrea Letrise Foreman,

BKY No. 24-30726-MER
Chapter 13

Debtor.

**NOTICE OF HEARING AND MOTION TO APPROVE MODIFIED PLAN**

TO: The debtor; US Trustee; Chapter 13 Trustee; and creditors and parties in interest.

1. The debtor, by the undersigned attorney, moves the court for approval of the modified plan dated August 25, 2024.

2. The court will hold a hearing on this motion at 10:30 a.m. on Thursday, October 3, 2024 in Courtroom No. 7West, U.S. Bankruptcy Court, Seventh Floor, U.S. Courthouse, 300 S. Fourth St., Minneapolis, MN 55415.

3. Any objection to this modified plan must be filed and served not later than Tuesday, October 1, 2024 which is 48 hours before the time set for the hearing including Saturdays, Sundays and holidays.  UNLESS AN OBJECTION TO THE PLAN IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This court has jurisdiction over this motion pursuant to 28 U.S.C. Sec 157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  The petition commencing this Chapter 13 case was filed.  This case is now pending in this court.

5. The plan is being modified to include Hometap as a secured creditor in the plan, to increase the plan payments to ensure all secured arrears claims are paid in full.

Dated:  August 25, 2024

**Prescott Pearson & Tande, P.A.**

/s/ Matthew M. Tande
Matthew M. Tande, Atty Reg. No. 388339
443 Old Highway 8 NW, Suite 208
New Brighton, MN  55112
Telephone:  (651) 633-2757
Attorneys for Debtor

## VERIFICATION

      Shadrea Letrise Foreman, the Debtor named in the Notice of Hearing and Motion to Approve Modified Plan, declares under penalty of perjury that the information therein contained is true and correct to the best of my knowledge, information, and belief.

Dated:   8/26/2024

Signed: _____

               Shadrea Letrise Foreman, Debtor

Fill in this information to identify your case:

Debtor 1: **Shadrea Letrise Foreman**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: **DISTRICT OF MINNESOTA**

Case number (If known): **24-30726**

Check if this is:
☐ An amended filing
☒ A supplement showing postpetition chapter 13 income as of the following date: **8/25/2024**
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                         12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Cashier | |
   | Employer's name | Little Six Casino | |
   | Employer's address | Prior Lake, MN | |
   | How long employed there? | New Hire | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ **3,311.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | $ **3,311.00** | $ **N/A** |

Official Form 106I                           Schedule I: Your Income                           page 1

Debtor 1  **Shadrea Letrise Foreman**     Case number (*if known*) **24-30726**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here** ............................... 4. | $ **3,311.00** | $ **N/A** |

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | **530.00** | $ **N/A** |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | **0.00** | $ **N/A** |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | **0.00** | $ **N/A** |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | **0.00** | $ **N/A** |
| 5e. | Insurance | 5e. | $ | **300.00** | $ **N/A** |
| 5f. | Domestic support obligations | 5f. | $ | **0.00** | $ **N/A** |
| 5g. | Union dues | 5g. | $ | **0.00** | $ **N/A** |
| 5h. | Other deductions. Specify: ___ | 5h.+ | $ | **0.00** + | $ **N/A** |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ **830.00**    $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ **2,481.00**    $ **N/A**

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ **400.00**    $ **N/A**

   8b. **Interest and dividends**    8b.   $ **0.00**    $ **N/A**

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ **0.00**    $ **N/A**

   8d. **Unemployment compensation**    8d.   $ **0.00**    $ **N/A**

   8e. **Social Security**    8e.   $ **0.00**    $ **N/A**

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify: ___    8f.   $ **0.00**    $ **N/A**

   8g. **Pension or retirement income**    8g.   $ **0.00**    $ **N/A**

   8h. **Other monthly income.** Specify: **Mom's contribution to HH Exp**    8h.+   $ **700.00** +    $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ **1,100.00**    $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9.    10.   $ **3,581.00** + $ **N/A** = $ **3,581.00**
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: ___    11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.   $ **3,581.00**
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☒ No.
    ☐ Yes. Explain: **She is looking for full time work, and will continue with door dash until she is hired.**

Official Form 106I       Schedule I: Your Income       page 2

**Fill in this information to identify your case:**

Debtor 1: Shadrea Letrise Foreman
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: DISTRICT OF MINNESOTA
Case number (If known): 24-30726

Check if this is:
☐ An amended filing
■ A supplement showing postpetition chapter 13 expenses as of the following date: 8/25/2024 MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No
   Do not list Debtor 1 and Debtor 2.  ■ Yes. Fill out this information for each dependent............
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Mother | 68 | ☐ No  ■ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |
   |  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ■ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ 1,297.00

   If not included in line 4:
   4a. Real estate taxes    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $ 0.00
   4d. Homeowner's association or condominium dues    4d. $ 245.00
5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Official Form 106J    **Schedule J: Your Expenses**    page 1

| | | |
|---|---|---|
| Debtor 1 | **Shadrea Letrise Foreman** | Case number (if known) **24-30726** |

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ **155.00**
   - 6b. Water, sewer, garbage collection — 6b. $ **0.00**
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ **223.00**
   - 6d. Other. Specify: — 6d. $ **0.00**
7. **Food and housekeeping supplies** — 7. $ **441.00**
8. **Childcare and children's education costs** — 8. $ **0.00**
9. **Clothing, laundry, and dry cleaning** — 9. $ **50.00**
10. **Personal care products and services** — 10. $ **50.00**
11. **Medical and dental expenses** — 11. $ **0.00**
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ **150.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ **0.00**
14. **Charitable contributions and religious donations** — 14. $ **0.00**
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ **0.00**
    - 15b. Health insurance — 15b. $ **150.00**
    - 15c. Vehicle insurance — 15c. $ **200.00**
    - 15d. Other insurance. Specify: — 15d. $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ **0.00**
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ **0.00**
    - 17b. Car payments for Vehicle 2 — 17b. $ **0.00**
    - 17c. Other. Specify: — 17c. $ **0.00**
    - 17d. Other. Specify: — 17d. $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** — 18. $ **0.00**
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ **0.00**
20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.**
    - 20a. Mortgages on other property — 20a. $ **0.00**
    - 20b. Real estate taxes — 20b. $ **0.00**
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ **0.00**
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ **0.00**
    - 20e. Homeowner's association or condominium dues — 20e. $ **0.00**
21. **Other:** Specify: — 21. +$ **0.00**

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ **2,961.00**
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ **2,961.00**

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 *(your combined monthly income)* from Schedule I. — 23a. $ **3,581.00**
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ **2,961.00**
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ **620.00**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes.   Explain here:

Official Form 106J                  **Schedule J: Your Expenses**                  page 2

DISTRICT OF MINNESOTA
UNITED STATES BANKRUPTCY COURT

In re:

Shadrea Letrise Foreman

Debtor(s)　　　　　　　　　　　　　Bky Case No:  24-30726
　　　　　　　　　　　　　　　　　　Chapter 13

UNSWORN DECLARATION OF SERVICE

　　　　Janet Kedrowski, an employee of Prescott Pearson & Tande PA, attorneys licensed to practice law in this court, with office address of 443 Old Highway 8 Northwest Suite 208, P.O. Box 120088, New Brighton, Minnesota 55112, declares that on August 30, 2024, she served the annexed  Notice of Hearing to Approve Modified Plan and Modified Chapter 13 Plan  upon each of the entities named below by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at New Brighton, Minnesota, addressed to each of them as follows:

SEE ATTACHED LIST

and delivered to each entity below by way of electronic transmission by the United States Bankruptcy Court:

Gregory Burrell, Trustee
Office of the US Trustee

And she declares under penalty of perjury, that the foregoing is true and correct.

Executed:  August 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　　/e/ Janet Kedrowski
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Janet Kedrowski

```
ABC FITNESS SOLUTIONS          PLANET FITNESS                 ABC FITNESS SOLUTIONS
PLANET FITNESS                 PO BOX 6800                    10 SOUTH LASALLE ST #2310
PO BOX 6800                    WEST SENECA NY 14224           CHICAGO IL 60603
SHERWOOD AR 72124-6800


ABC FITNESS SOLUTIONS          DUBLIN SQUARE HOMEOWNERS ASSOC MESSERLI & KRAMER PA
PLANET FITNESS                 C/O NEW CONCEPTS MANAGEMENT    3033 CAMPUS DR STE 250
8320 HIGHWAY 107               5707 EXCELSIOR BOULEVARD       PLYMOUTH MN 55441
SHERWOOD AR 72120-3825         ST. LOUIS PARK MN 55416



AFFIRM, INC.                   DUBLIN SQUARE HOMEOWNERS ASSOC MN DEPT OF REVENUE
ATTN: BANKRUPTCY               TOOHEY LAW FIRM, PA            551 BKY SECTION CEU DEPT
650 CALIFORNIA ST, FL 12       7100 NORTHLAND CIR N STE 101   PO BOX 64447
SAN FRANCISCO CA 94108         BROOKLYN PARK MN 55428         ST PAUL MN 55164



AFFIRM, INC.                   ECMC                           MR COOPER
30 ISABELLA ST 4TH FLOOR       PO BOX 64909                   8950 CYPRESS WATERS BLVD
PITTSBURGH PA 15212            ST PAUL MN 55164-0909          COPPELL TX 75019



AMERICAN ACCTS & ADVISORS      FINANCIAL RECOVERY SVCS        NATIONSTAR MORTGAGE LLC
7460 80TH ST S                 PO BOX 21405                   PO BOX 619096
COTTAGE GROVE MN 55016         EAGAN MN 55121                 DALLAS TX 75261-9096



BANFIELD PET HOSPITAL          HOMETAP INVESTMENT PARTNERS    NATIONSTAR MORTGAGE LLC
IC SYSTEMS, INC                MCGLINCHEY STAFFORD PLLC       25 N DALE ST
PO BOX 64378                   601 POYDRAS ST #1200           ST PAUL MN 55102-2227
SAINT PAUL MN 55164            NEW ORLEANS LA 70130



CAPITAL ONE                    HOMETAP INVESTMENT PARTNERS3   NETCREDIT
ATTN: BANKRUPTCY               C/O MCGLINCHEY STAFFORD PLLC   ATTN: BANKRUPTCY
PO BOX 30285                   601 POYDRAS STREET 12TH FLOOR  175 W JACKSON BLVD STE 10
SALT LAKE CITY UT 84130        NEW ORLEANS LA 70130           CHICAGO IL 60604



DEPT OF EDUCATION NELNET       INTERNAL REVENUE SERVICE       PAYPAL CREDIT
PO BOX 82561                   CENTRALIZED INSOLVENCY OPS     PO BOX 71707
LINCOLN NE 68501               PO BOX 7346                    PHILADELPHIA PA 17070
                               PHILADELPHIA PA 19101-7346



DISCOVER                       JEFFERSON CAPITAL SYSTEMS      PROFESSIONAL CREDIT ANAL
PO BOX 6105                    PO BOX 7999                    24 NORTH FRONT STREET
CAROL STREAM IL 60197-6105     SAINT CLOUD MN 56302-7999      PO BOX 99
                                                              NEW ULM MN 56073



DISCOVER BANK                  KOHL'S                         RAUSCH STURM LLP
DISCOVER PRODUCTS              ATTN: CREDIT ADMINISTRATOR     7300 147TH ST W #307
PO BOX 3025                    PO BOX 3043                    APPLE VALLEY MN 55124
NEW ALBANY OH 43054-3025       MILWAUKEE WI 53201
```

```
RELIANCE                           VERIZON BY AMERICAN INFOSOURCE AGENT
ACCTS RECEIVABLE SERVICES          PO BOX 4457
6160 SUMMIT DR N SUITE 440         HOUSTON TX 77210-4457
BROOKLYN CENTER MN 55430-2149


SCOLOPAX LLC                       WESTLAKE FINANCIAL SERVICES
WEINSTEIN & RILEY                  PO BOX 76809
1415 WESTERN AVE SUITE 700         LOS ANGELES CA 90054
SEATTLE WA 98101-2051


SHADREA L FOREMAN                  WESTLAKE FINANCIAL SERVICES
1614 HAMEL LANE                    C/O PERITUS PORTFOLIO SERV II
SHAKOPEE MN 55379                  PO BOX 141419
                                   IRVING TX 75014-1419


SPIRE RECOVERY SOLUTIONS
57 CANAL ST  SUITE 302
LOCKPORT NY 14094-2845


SUBURBAN EMERGENCY ASSOC
1455 ST FRANCIS AVE
SHAKOPEE MN 55379


SYNCHRONY BANK
PAYPAL
PO BOX 965064
ORLANDO FL 32896-5064


US BANK
PO BOX 5229
CINCINNATI OH 45201


US DEPT OF EDUCATION
PO BOX 16448
ST PAUL MN 55116


US DEPT OF EDUCATION
C/O NELNET
121 S 13TH STREET
LINCOLN NE 68508-1904


VAULT BY KENDALL BANK
PLAZA SERVICES, LLC
110 HAMMOND DR, SUITE 110
ATLANTA GA 30328
```